# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### AMENDED
## CIVIL RIGHTS COMPLAINT

FILED

2003 NOV 14  P 4: 28

US DISTRICT COURT
BRIDGEPORT CT

Bruce D. Jefferson

_____,
Plaintiff(s),
(Full name(s) and prisoner number(s) if incarcerated)
(Do not use *et al.*)

v.

Case No. 303CV894 (AWT)

Officer D. Morales

Officer J. Saucier

Counselor Stacy Mammora

Kitchen Supervisor Pots

Chaplain Calabrese

Officer M. Alleyne

Counselor Supervisor Maynard
Defendant(s).

(Full name(s) and capacity, <u>e.g.</u>, official capacity, individual capacity,
or official and individual capacitites) (Do not use *et al.*)

## A. PARTIES

1. Bruce D. Jefferson _____ is a citizen of Connecticut _____ who
     (Plaintiff)                                                    (State)
presently resides at _1153-East St. South-Suffield, Conn 06078_.
                              (mailing address or place of confinement)
If plaintiff is incarcerated, provide inmate number: _245137_.

2. Defendant Officer D. Morales _____ is a citizen of Connecticut
              (name of first defendant)                           (State)

whose address is _50-Nunnawauk Rd, Newtown, Conn 06470_,

and who is employed as *Coorections Officer AT Garner C.I.* _____
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes _✓_No. If your answer is "Yes," briefly explain:

_____

_____

3. Defendant *Officer J. Saucier* _____ is a citizen of *Connecticut* _____
(name of second defendant)                                    (State)

whose address is *50-Nunnawauk Rd. NewTown, Conn 06470* _____

and who is employed as *Coorections Officer AT Garner C.I.* ___
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes _✓_No. If your answer is "Yes," briefly explain:

_____

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

_✓_    42 U.S.C. § 1983 (applies to state prisoners)

____    ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

2

4. Counselor Stacy Mammora - Connecticut
   50-Nunnawauk Rd.
   Newtown, Conn 06470
Counselor Of Corrections
NOT Acting Under Color Of State Law

5. Kitchen Supervisor Pots - Connecticut
   50-Nunnawauk Rd.
   Newtown, Conn 06470
Correctional Kitchen Food Supervisor
NOT Acting Under Color Of State Law

6. Chaplain Calabrese - Connecticut
   50-Nunnawauk Rd.
   Newtown, Conn 06470
Correctional Religous Services Chaplain
NOT Acting Under Color Of State Law

7. Officer M. Alleyne - Connecticut
   50-Nunnawauk Rd.
   Newtown, Conn 06470
Correctional Officer
NOT Acting Under Color Of State Law

8. Counselor Supervisor Maynard - Connecticut
   50-Nunnawauk Rd.
   Newtown, Conn 06470
Correctional Counselor Supervisor
NOT Acting Under Color Of State Law

9. Captain D. Shipman - Connecticut
   50-Nunnawauk Rd.
   Newtown, Conn 06470
Correctional Unit Manager

NOT Acting Under Color Of State Law

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. While Being Housed At The Garner C.I. In Newtown, CT, The Above Captioned Defendant's Deliberatly On Several Occasions, Violated My Civil, Constitutional, & Conn. State Inmate Rights. From Taking My Openend Legal Mail Outside of My Presence To Read, To Violating My 1st Ammendment Rights To Freedom of Speech Based on my Religous Beliefs, To Retalliating Against Me Because I Have A Legal Matter Pending Against Another D.O.C. Staff Member At Another Facility,

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Violation of My Constitutional Right - 1st Ammendment Freedom of Religious Expression

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

I Was Punished By Defendant Calabrese Because During A Religous Protestant Worship Church Service, I Was Standing Up Verbally Expressing My Testimony When Defendant Chaplin Calabrese Was Told About What I Said During my Testimony The Next Day, He Then Punished Me. I Was Then (Not) Allowed To Express My Religious Views, or Beliefs, During Church Services,

3

**Claim II:** Retaliation, Violation To Fair & Proper Due Process

_____

_____

**Supporting Facts:** While Being Housed At Garner C.I. In Newtown, CT- I Was Sent To The Facillities Classification Committee Where I Was Classified To Work In The Facillities Kitchen. After Being Interviewed, And Hired, By Defendant Kitchen Supervisor Potts, He Learned That I Had Another Differant Legal Matter Pending In Federal Court Against A Differant Kitchen Supervisor At A Totally Different Facility. A Few Day's After Being Hired In The Kitchen, Defendant Kit. Supv. Potts Came Back To Me, And Terminated My Employment In The Garner Facillities Kitchen. His Reason Was As Follows;

The Kitchen Supervisor That You Have A Legal Matter Already Pending Against At The (blank) Facility, Is A Personal Friend Of Mines And, After Speaking On The Phone With Him, I Don't Now Want You Working Here In This Kitchen.


**Claim III:** Violation To Right To Fair, & Proper, Due Process

_____

_____

**Supporting Facts:** During The Month Of February 2003, After Receiving A First Class-B Disciplinary Ticket That Was Changed To A Class-A Ticket For The Same Incident For Absolutly No Reason, I Was (Refused) A Entitled Advocate To Be Present, & Also Prepare A Proper And Fair Defense For My Formal Hearing. I Was Found Guilty Even Before My Hearing And Placed Into The Facillities Segregation Unit For 1-Week, Plus Given 30-Day's Confined To Quater's, Plus Loss Of Contact Visits For 2year's. I "Never" Received A Fair Hearing. This Was A Blaten Violation Of Fair, & Proper Due Process Of The Law.

4

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ✓ Yes ____ No.  If your answer is "Yes," describe each lawsuit.  (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

a. Parties to previous lawsuit:

Plaintiff(s): _Bruce D. Jefferson_

Defendant(s): _John Armstrong, et al_

b. Name and location of court and docket number _U.S. Dist. Court, Bridgeport, CT 3:01CV-01575#_

c. Disposition of lawsuit.  (For example, was the case dismissed?  Was it appealed? Is it still pending?)  _Still Pending_

d. Issues raised: _Cruel & Unuseal Punishment_

e. Approximate date of filing lawsuit: _2001_

f. Approximate date of disposition: _____

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D.   ✓ Yes ____ No.

If your answer is "Yes," briefly describe how relief was sought and the results.

_Inmate Grievances – Unanswered, & Unreturned_
_Inmate Letter's To Administration – " "_
_Inmate Request ~ " "_
_Claims Commissioner_

3. I have exhausted available administrative remedies.  ✓ Yes ____ No.
   If your answer is "Yes," briefly explain the steps taken.  Attach proof of exhaustion.
   If your answer is "No," briefly explain why administrative remedies were not exhausted.

*ALL OF MY ADMINISTRATIVE REMEDIES HAVE BEEN ALREADY ATTACHED TO MY PENDING ACTION ALREADY IN COURT.*

## F.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1.  If you are incarcerated and proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Please describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS."
   If you are not incarcerated, go to section G.

  a.  Parties to previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

  b.  Name and location of court and docket number _____

  c.  Grounds for dismissal:  ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

  d.  Approximate date of filing lawsuit:_____

  e.  Approximate date of disposition: _____

2.  Are you in imminent danger of serious physical injury? ____ Yes ____ No.
   If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

Parties To Previous Lawsuit:

Plaintiff(s) Bruce D. Jefferson

Defendant(s) Carter, ET AL

Location; U.S. District Court, Bridgeport, CT

# 3:03CV1691 (MRK)

Disposition; Still Pending

Issues Raised; Retaliation, Violation Of 1st Ammendment Rights

Plaintiff(s) Bruce D. Jefferson

Defendant(s) Riccio, ET AL

Location: U.S. District Court, Bridgeport, CT

# 3:03CV00754

Disposition: Still Pending

Issues Raised: Violation Of Right To Due Process

Plaintiff(s) Bruce D. Jefferson

Defendant(s) Eddy, ET AL

Location: U.S. District Court, Bridgeport, CT.

# 3:03CV1238 (CFD)

Disposition: Still Pending

Issues Raised; Habeas In Effective Counsel, Violation Due Process

## G. REQUEST FOR RELIEF

I request the following relief: *As Deemed Necessary By This Hon. Court "Punitive"*

## H. JURY DEMAND

Do you wish to have a jury trial? Yes_____  No ___✓___

_____          *Bruce D. Jefferson*
Original signature of attorney (if any)          **Plaintiff's Original Signature**

*1153-East St. South*

*Suffield, Conn 06078*

_____

Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at *1153-East St. South*
*Suffield, CT 06078* ____ on *11/10/03* _____.
    (location)                          (date)

*Bruce D. Jefferson*
**Plaintiff's Original Signature**

7