UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE D. JEFFERSON | : |
| | :     PRISONER |
| v. | : CASE NO. 3:03CV894 (AWT) |
| | : |
| D. MORALES<br>J. SAUCIER<br>POTTS<br>M. ALLEYNE<br>STACY MAMMORA<br>JAMES FOLEY<br>D. SHIPMAN<br>LT. MAYNARD<br>CALABRESE | |

JUDGMENT

On March 9, 2006, the Court issued a notice pursuant to Rule 41, D. Conn. Loc, Civ. R., informing the parties that this case had been inactive for six months and that the case would be dismissed unless a satisfactory explanation were received by the Court within twenty days. To date, the plaintiff has not provided any explanation for his failure to prosecute this action.

Therefore, it is ORDERED, ADJUDGED AND DECREED that this case is dismissed without prejudice pursuant to Local Rule 41.

SO ORDERED this 8th day of August, 2006, at Bridgeport, Connecticut.

KEVIN F. ROWE, Clerk

By   /s/ Cynthia Earle

Cynthia Earle
Deputy Clerk

Entered on the Docket _____